UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER,<br><br>    Plaintiff<br><br>v.<br><br>PATRICK MAEDA, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00767-APG-NJK<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 15] |

On May 23, 2025, Magistrate Judge Koppe recommended that I revoke plaintiff John Turner's in forma pauperis status and require him to pay the full filing fee of $405. ECF No. 37. Turner did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

Additionally, Turner has not updated his address. *See* ECF No. 39 (court's orders at ECF Nos. 37, 38 returned as undeliverable). Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 37) is accepted.

I FURTHER ORDER that by July 11, 2025, plaintiff John Turner must pay the full $405 filing fee and update his address. Failure to pay the filing fee and update his address by that date will result in this case being dismissed without prejudice.

DATED this 11th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE