# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN TURNER,

    Plaintiff

v.

PATRICK MAEDA, et al.,

    Defendants

Case No.: 2:24-cv-00767-APG-NJK

**Order Dismissing Case**

    I previously ordered that plaintiff John Turner had to pay the full $405 filing fee and update his address by July 11, 2025, or I would dismiss this case without prejudice. ECF No. 40. Turner did not pay the filing fee or update his address.

    I THEREFORE ORDER that this case is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

    DATED this 17th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE